**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA :
:
           v. :     Criminal Action No.: 10-0067 (RMU)
:
LAWRENCE HOES, :
:
          Defendant. :

## ORDER

This matter is before the court on the Report and Recommendation of Magistrate Judge Kay recommending that the trial court accept the defendant's plea of guilty. Based on a plea hearing conducted by Judge Kay on May 28, 2010, and in accordance with the requirements of Federal Rule of Criminal Procedure 11, Judge Kay found that the plea of guilty was knowingly and voluntarily made by the defendant, who was competent and fully understood the nature and the consequences of entering such a plea. Having reviewed the Report and Recommendation and Judge Kay's findings, it is this 7th day of June, 2010, hereby

**ORDERED** that Judge Kay's Report and Recommendation is adopted in full; and it is

**FURTHER ORDERED** that the defendant's plea of guilt is accepted; and it is

**ORDERED** that the sentencing in this matter shall be held on July 26, 2010 at 11:30 a.m.; and it is

**FURTHER ORDERED** that the probation officer assigned to this case disclose the draft pre-sentence investigation report to the parties on or before June 28, 2010; and it is

**ORDERED** that counsel submit objections (if any) to the probation officer on or before July 6, 2010; and it is

**FURTHER ORDERED** that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report on or before July 13, 2010; and it is

**ORDERED** that any party wishing to submit a memorandum in aid of sentencing must

do so no later than July 19, 2010, with responses (if any) due on or before July 21, 2010. These

memoranda and any responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge